CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−00838−DWF−SRN

Campbell v. Davol, Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Donovan W. Frank
Referred to: Magistrate Judge Susan R. Nelson
Demand: $75,000
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 03/24/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Coralee Campbell** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2008 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 40021668.) assigned to Judge Donovan W Frank per Master List referred to Magistrate Judge Susan Richard Nelson., filed by Coralee Campbell. (Attachments: # 1 Civil Cover Sheet) (jdf) (Entered: 03/24/2008) |
| 03/24/2008 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jdf) (Entered: 03/24/2008) |
| 03/28/2008 | 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on March 28, 2008 by Coralee Campbell. Waiver of Service due by 4/28/2008. (Attachments: # 1 Attached Waiver Form)(Johnson, Charles) (Entered: 03/28/2008) |
| 03/28/2008 | 3 | CERTIFICATE OF SERVICE by Coralee Campbell re 1 Complaint, Summons Issued, 2 Request for Waiver of Service *(Awaiting Return of Waiver of Service by Defendant)* (Johnson, Charles) (Entered: 03/28/2008) |
| 04/17/2008 | 4 | WAIVER OF SERVICE Returned Executed filed by Coralee Campbell. Davol, Inc. waiver sent on 3/28/2008, answer due 5/27/2008; C.R. Bard, Inc. waiver sent on |

| | | |
|---|---|---|
| | | 3/28/2008, answer due 5/27/2008. (Attachments: # 1 Cover Letter from Defendant re Waiver of Service of Summons Executed)(Johnson, Charles) (Entered: 04/17/2008) |
| 04/24/2008 | " 5 | CERTIFIED COPY OF THE CONDITIONAL TRANSFER ORDER (CTO−18) from the Judicial Panel on Multi−District Litigation for coordinated or consolidated pretrial proceedings. Case assigned to the Honorable Mary M Lisi. (jdf) (Entered: 04/25/2008) |